No. 116. Schmidt et al. v. United States et al.; and

No. 117. Northern Pacific Railroad Co., by Schmidt et al. v. Same. October 9, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Thomas Boylan, Robert L. Edmiston, Raymond M. Hudson, Minor Hudson,* and *Geoffrey Creyke, Jr.* for petitioners. *Assistant Solicitor General Bell, Assistant Attorney General Littell,* and *Messrs. E. E. Danly, Walter L. Pope,* and *Warner W. Gardner* for the United States. *Messrs. Lorenzo P.*

*daPonte, Grandin Tracy Vought, Alfred N. Heuston,* and *John B. Marsh* for Northern Pacific Ry. Co. et al., respondents. Reported below: 102 F. 2d 589.